**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America,           )<br>                                                   )<br>            Plaintiff,                       )<br>                                                   )<br>vs.                                              )<br>                                                   )<br>Benjamin Vasquez-Macias,         )<br>                                                   )<br>            Defendant.                    )<br>_____)  | CR-05-50157-1-PHX-DGC<br><br><br><br>**ORDER** |

A status hearing regarding the detention and preliminary revocation hearings on the Petition on Supervised Release was held on 11/28/05.

**THE COURT FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived his right to a detention hearing and a preliminary revocation hearing and has consented to the issue of detention being made based upon the allegations in the Petition.

**THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 46(c) FED.R.CRIM.P. that he is neither a flight risk nor a danger to the community. United States v. Loya, 23 F.3d 1529 (9th Cir. 1994).

1  **IT IS ORDERED** that the Defendant shall be detained pending further order of the
2  court.
3  DATED this 28th day of November, 2005.

*[Signature]*
Lawrence O. Anderson
United States Magistrate Judge